**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 30, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

In the Matter of:                          Case No. 17-57425
    BRIAN SOMICH                      Judge C. Kathryn Preston
                                                          Chapter 13
Debtor.

### ORDER GRANTING DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY
**(Doc. No. 19)**

     This matter is before the Court on Debtor's Motion to Impose the Automatic Stay, filed on December 2, 2017, at Doc. No. 19. The reasons for Debtor's Motion are more fully contained therein.

     For good cause shown the Court and no objections being filed by any creditor or party in interest, the Court hereby grants the Motion, and the Automatic Stay is hereby imposed, and shall remain in place during the pendency of Debtor's case or until further order of Court.

IT IS SO ORDERED.


Served Upon:

All creditors and parties in interest.

                                                                        ###